UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
OBREIGHT INGRAM, :
                                 Plaintiff, :
: 22 Civ. 10149 (LGS)
              -against- :
: ORDER
INTERNATIONAL ASBESTOS REMOVAL, :
INC., et al., :
                                 Defendants. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 1, 2023, directed the parties to file at the conclusion of mediation a joint letter apprising the Court of the status of their discussion;

WHEREAS, mediation was scheduled for June 2, 2023;

WHEREAS, no status letter has been filed. It is hereby

**ORDERED** that, by **June 16, 2023**, the parties shall file a joint letter on the status of their settlement discussion.

Dated: June 12, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE