UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OBREIGHT INGRAM,<br><br>                    Plaintiff,<br><br>-against-<br><br>INTERNATIONAL ASBESTOS REMOVAL, INC., et al.,<br><br>                    Defendants. | 22-CV-10149 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

       It is hereby ORDERED that trial is to commence on **March 18, 2024**. Trial is expected to conclude by March 25, 2024. The parties' Joint Pretrial Statement, motions *in limine*, any pretrial memoranda and any submissions required by Rules 1(d) and 1(f) of this Court's Individual Trial Rules and Procedures are due by **February 2, 2024**. Any opposing briefs are due on **February 9, 2024**. The Final Pretrial Conference will take place before Judge Clarke on **March 7, 2024** at **3:00 p.m.** The conference will be held in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York

Dated:  October 5, 2023
          New York, New York

                                                        SO ORDERED.

                                                        *Jessica Clarke*

                                                        JESSICA G. L. CLARKE
                                                        United States District Judge