```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/17/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OBREIGHT INGRAM,

                Plaintiff,

         -v-

INTERNATIONAL ASBESTOS REMOVAL,
INC., CHRISTOPHER GRANDO,
KAREN GRANDO, and THOMAS
HUGHES,

                Defendants.
-------------------------------------------------------------X

**ORDER**

22-CV-10149 (JGLC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    WHEREAS, the parties came before me for a settlement conference yesterday and reached a settlement in principle; and

    WHEREAS, the parties have agreed to consent to my jurisdiction over this case under 28 U.S.C. § 636(c) so that their settlement may be approved by me given my familiarity with its terms;

    IT IS HEREBY ORDERED that the parties are directed to file a consent form and their settlement papers **no later than December 15, 2023**.

    **SO ORDERED.**

Dated: November 17, 2023
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge